No. 87–1469.  HORNSBY, ADJUTANT GENERAL OF THE ALA-
BAMA NATIONAL GUARD, ET AL. v. STINSON.  C. A. 11th Cir.

Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari.